STATE OF FLORIDA ex rel. EDDIE KIMBRO v. CIVIL SERVICE BOARD OF THE CITY OF MIAMI, FLORIDA, et al.

10 So. (2nd) 907                                              June Term
December 18, 1942                                             En Banc

*Charles R. Pierce,* for appellant.

*J. W. Watson, Jr.,* for appellees.

PER CURIAM:

The record and the briefs in this case have been examined. Mr. Justices WHITFIELD, BUFORD, CHAPMAN, THOMAS and ADAMS think the judgment appealed from should be affirmed. Mr. Chief Justice BROWN and Mr. Justice TERRELL are of the contrary view. The judgment is accordingly affirmed.

It is so ordered.

WHITFIELD, BUFORD, CHAPMAN, THOMAS and ADAMS, JJ., concur.

BROWN, C. J., and TERRELL, J., dissent.